NOTE CHANGES MADE BY THE COURT.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CORBIN NORTHRIDGE LP, a California limited partnership,,<br><br>Plaintiff,<br><br>vs.<br><br>HBC SOLUTIONS, INC., THE HARRIS CORPORATION, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-02714-RGK (JCx)<br><br>[~~PROPOSED~~] JUDGMENT |

This action was set for hearing on January 12, 2015 on the Motion for Summary Judgment filed by Defendants HBC Solutions, Inc. and Harris Corporation Court and the Motion for Partial Summary Judgment filed by Plaintiff Corbin Northridge LP (the "Motions"), the Hon. R. Gary Klausner, District Judge Presiding. The Motions having been fully and adequately briefed, were decided without oral argument. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered in favor of Defendants and against Plaintiff on all Motions,

**IT IS ORDERED AND ADJUDGED** that Judgment be entered in favor of Defendants HBC Solutions, Inc. and Harris Corporation on the First Amended Complaint, that Plaintiff take nothing and that the action be dismissed on the merits.

~~**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants are entitled to reasonable attorneys' fees and costs against Plaintiff, pursuant to a request for costs and reasonable attorneys' fees under Cal. Civ. Code §1717, Fed. R. Civ. P. 54, and Local Rule 54; and~~

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** Defendants are entitled to interest at the lawful post judgment interest rate as prescribed in 28 U.S.C. § 1961 on all costs and attorney's fees; and

**IT IS FURTHER ORDERED** that this judgment may be amended on noticed motion for any costs and reasonable attorneys' fees necessary to enforce this judgment.

Dated: JUL 1 0 2015

_____
United States District Judge